# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVEYON CAMPBELL,<br><br>    Petitioner<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, *et al.*,<br><br>    Respondent. | Case No.: 2:19-cv-01374-GMN-EJY<br><br>**Order on Notice of Voluntary Dismissal of the Petition and Closing Case**<br><br>(ECF No. 29) |

Daveyon Campbell, through his counsel the Federal Public Defender, has filed a notice that he voluntarily dismisses his 28 U.S.C. § 2254 habeas corpus petition pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and a declaration in support of the notice. (ECF No. 29.)

IT IS THEREFORE ORDERED that the petition **(ECF No. 27) is DISMISSED**.

IT IS FURTHER ORDERED that the Clerk of Court substitute W.A. Gittere for Respondent Warden Brian Williams.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that the Clerk enter judgment accordingly and close this case.

DATED: 23 May 2023.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE